IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FOSTER'S WINE ESTATES AMERICAS
COMPANY, as successor in interest
to Wine World Estates Company,

    Plaintiff,

v.                                            Civil Action No. 1:07CV66
                                                          (STAMP)

NORTH CENTRAL DISTRIBUTORS, INC.,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
DEADLINES FOR FILING EXPERT DISCLOSURES**

On November 29, 2007, the defendant filed a motion for a one-week extension of time to file its expert disclosures. In its motion, the defendant states that the plaintiff has no objection to the requested extension, provided that the plaintiff is granted a commensurate extension. For good cause shown, the defendant's unopposed motion to extend the deadline for filing expert disclosures is GRANTED. Accordingly, the defendant shall make the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(A) and (B) no later than **December 7, 2007.** Any rebuttal expert disclosure shall be made no later than **January 22, 2008**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:      November 30, 2007

                              /s/ Frederick P. Stamp, Jr.
                              FREDERICK P. STAMP, JR.
                              UNITED STATES DISTRICT JUDGE