IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FOSTER'S WINE ESTATES AMERICAS
COMPANY, as successor in interest
to Wine World Estates Company,

    Plaintiff,

v.  Civil Action No. 1:07CV66
                                                                                    (STAMP)

NORTH CENTRAL DISTRIBUTORS, INC.,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND
## TIME TO FILE REBUTTAL EXPERT DISCLOSURE

On January 4, 2008, the plaintiff filed a motion for a thirty-seven day extension of time to file its rebuttal expert disclosure. On January 18, 2008, the defendant filed a response to the plaintiff's motion and stated that it has no objection to the requested extension. For good cause shown, the plaintiff's unopposed motion to extend time to file its rebuttal expert disclosure is GRANTED. Accordingly, the plaintiff shall make its rebuttal expert disclosure no later than **February 29, 2008**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    January 22, 2008

                                            /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE