IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FOSTER'S WINE ESTATES AMERICAS
COMPANY, as successor in interest
to Wine World Estates Company,

    Plaintiff,

v.                                        Civil Action No. 1:07CV66
                                                       (STAMP)

NORTH CENTRAL DISTRIBUTORS, INC.,

    Defendant.

**ORDER DAUBERT HEARING**

    For reasons appearing to the court, it is hereby ORDERED that the Daubert hearing in this civil action be RESCHEDULED and will now be held on **March 24, 2008 at 1:00 p.m. at the Wheeling point of holding court**.

    All other dates contained in the previous scheduling order entered in this case shall remain in effect.

    The Clerk is directed to transmit copies of this order to counsel of record herein.

    DATED: February 22, 2008

                                                  /s/ Frederick P. Stamp, Jr.
                                                  FREDERICK P. STAMP, JR.
                                                  UNITED STATES DISTRICT JUDGE