IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FOSTER'S WINE ESTATES AMERICAS
COMPANY, as successor in interest
to Wine World Estates Company,

    Plaintiff,

v.                                  Civil Action No. 1:07CV66
                                         (STAMP)

NORTH CENTRAL DISTRIBUTORS, INC.,

    Defendant.

## ORDER VACATING DAUBERT HEARING

Pursuant to the scheduling order entered in the above-styled civil action, <u>Daubert</u> motions were due on or before February 15, 2008. To date, no such motions have been filed. Accordingly, the <u>Daubert</u> hearing scheduled for March 24, 2008 is hereby VACATED.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    March 10, 2008

                                          /s/ Frederick P. Stamp, Jr.
                                          FREDERICK P. STAMP, JR.
                                          UNITED STATES DISTRICT JUDGE